IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**ROBERT K. FOSTER**                                                                 **PLAINTIFF**

**V.**                          **CASE NO. 2:18-CV-147-BSM-BD**

**JONNIE JONES**                                                                      **DEFENDANT**

## RECOMMENDED DISPOSITION

**I.**     **Procedure for Filing Objections**

This Recommended Disposition ("Recommendation") has been sent to Chief Judge Brian S. Miller. Mr. Foster may file written objections to this Recommendation if he wishes. Objections should be specific and should include the factual or legal basis for the objection. To be considered, objections must be received in the office of the Court Clerk within 14 days of this Recommendation.

If no objections are filed, Judge Miller can adopt this Recommendation without independently reviewing the record. By not objecting, Mr. Foster may waive the right to appeal questions of fact.

**II.**    **Discussion**

Rico Williams filed this federal civil rights lawsuit without the help of a lawyer on behalf of himself, Matthew Horton, and Robert Foster, who were all inmates at the St. Francis County Detention Facility. (Docket entry #2) The Court ordered Mr. Foster to submit a completed application to proceed *in forma pauperis* ("IFP") or pay the filing fee within 30 days of October 26, 2018. (#3) On November 28, 2018, the Court recommended that Mr. Foster's claims be dismissed based on his failure to comply with

the Court's October 26, 2018 Order. (#4) On December 18, 2018, Mr. Foster was provided until December 31, 2018, to pay the filing fee or apply to proceed IFP. (#5) To date, Mr. Foster has failed to comply with the Court's December 18, 2018 Order.

### III.  Conclusion

The Court recommends that Mr. Foster's claims be DISMISSED, without prejudice, based on his failure to comply with the Court's December 18, 2018 Order and his failure to prosecute this lawsuit.

DATED this 3rd day of April, 2019.

_____
UNITED STATES MAGISTRATE JUDGE