# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### EASTERN DIVISION

**ROBERT K. FOSTER**                                                    **PLAINTIFF**

**v.**                              **CASE NO. 2:18-CV-147-BSM-BD**

**JONNIE JONES**                                                   **DEFENDANT**

## ORDER

After careful review of the record, Magistrate Judge Beth Deere's recommended disposition [Doc. No. 6] is adopted. Robert K. Foster's case is dismissed without prejudice.

IT IS SO ORDERED this 2nd day of May 2019.

_____
UNITED STATES DISTRICT JUDGE